### UNITED STATES DISTRICT COURT FOR
### THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUMANA INC.,<br><br>Plaintiff,<br><br>v.<br><br>REGENERON PHARMACEUTICALS, INC.,<br><br>Defendant. | Case No. 21-cv-6245-VB<br><br>**MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Jonathan Hurwitz moves this Court to withdraw as counsel for Regeneron Pharmaceuticals, Inc., in the above-captioned action and in compliance with Local Rule 1.4. Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue representing Regeneron.

Dated: New York, New York
January 16, 2025

*/s/ Jonathan Hurwitz*
Jonathan Hurwitz
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, NY 10019-6064
Tel. (212) 373-3254
jhurwitz@paulweiss.com

*Counsel for Defendant REGENERON PHARMACEUTICALS, INC.*

SO ORDERED:

_____

## Certificate of Service

        I, Jonathan Hurwitz, hereby certify that on January 16, 2025, I caused a true and correct copy of the foregoing to be served upon all parties to this litigation via the CM/ECF system, and on my client via email.


| | |
|---|---|
| January 16, 2025<br>New York, New York | /s/ *Jonathan Hurwitz*<br>Jonathan Hurwitz |