# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**H. Christopher Boehning**
**Direct Dial:** +1 212 373 3061
**Email:** cboehning@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

December 15, 2025

**By ECF**

The Honorable Vincent L. Briccetti
United States Courthouse
300 Quarropas Street, Room 630
White Plains, NY 10601

    Re:    *UnitedHealthcare Insurance Company* v. *Regeneron Pharmaceuticals, Inc.*, 7:20-cv-10664 ("*United*"); *Humana Inc.* v. *Regeneron Pharmaceuticals, Inc.*, 7:21-cv-06245 ("*Humana*")

Dear Judge Briccetti:

    We write on behalf of Defendant Regeneron Pharmaceuticals, Inc. ("Regeneron") to provide a status update on *United States* v. *Regeneron Pharmaceuticals, Inc.*, No. 1:20-cv-11217 (D. Mass. filed June 24, 2020) (the "DOJ Action"), in accordance with the Court's order dated August 29, 2025 (*United*, ECF No. 66; *Humana*, ECF No. 62).

    Since our last update, the parties have completed the limited additional discovery permitted by the court (DOJ Action, ECF No. 397). The parties subsequently fully briefed the Department of Justice's motion for partial summary judgment, and the court heard oral argument on November 25 (DOJ Action, ECF No. 427). The parties are awaiting the court's decision.

    We are available to address any questions at the Court's convenience.

                                  Respectfully submitted,

                                  */s/ H. Christopher Boehning*
                                  H. Christopher Boehning